**Clayton W. KIRKPATRICK,
Petitioner–Appellant,**

v.

**Steve BOYLES, Respondent–Appellee.**

No. 00–7782.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 10, 2002.

Decided Jan. 30, 2002.

Clayton W. Kirkpatrick, pro se.

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

OPINION

PER CURIAM.

Clayton W. Kirkpatrick seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). The district court dismissed the petition as untimely filed, finding that the lengthy delay between the state court's denial of Kirkpatrick's motion for appropriate relief and the filing of his petition for certiorari did not toll the one-year limitations period. In light of our recent decision in *Allen v. Mitchell,* 276 F.3d 183 (4th Cir.2001), we grant a certificate of appealability, vacate the district court's order, and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*